Mitchell **GADBERRY**, Appellant,

v.

## MISSOURI DEPARTMENT OF CORRECTIONS, Respondent.

#### No. WD 68251.

Missouri Court of Appeals, Western District.

July 29, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 30, 2008.

Mitchell Gadberry, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, MO, for respondent.

John D. Hoelzer, Asst. Attorney General, Jefferson City, MO, joins on the briefs.

Before JAMES M. SMART, JR., P.J., THOMAS H. NEWTON, and RONALD R. HOLLIGER, JJ.

### Order

PER CURIAM.

Mitchell Gadberry appeals the circuit court's grant of the Missouri Department of Corrections' motion for judgment on the pleadings in relation to Gadberry's petition for declaratory relief.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).